## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 SEP -1 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VERONICA M. AKINES, et al.,

    **Plaintiffs,**

vs.                         **No: 02-2483 M/Bre**
                                   **JURY TRIAL DEMANDED**

SHELBY COUNTY, et al.,

    **Defendants.**

---

CHAKA C. WATSON, et al.,

    **Plaintiffs,**

vs.                         **No: 02-2691 Ma/Bre**
                                   **JURY TRIAL DEMANDED**

SHELBY COUNTY, et al.,

    **Defendants.**

---

## DISTRICT COURT'S ORDER ON DEFENDANT'S
## OBJECTION TO MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court counsel for both parties appeared on August 18, 2005, on objection of Defendant to Magistrate Judge's Report and Recommendation, and response of Plaintiffs' to Defendant's objection, and upon said objection, the response thereto, and after full hearing, the Court, considering the arguments of counsel, and the entire record, finds

9.9.05

43

that the Magistrate Judge's ruling is substantially correct and is herby affirmed.   However, the Magistrate Judge did not include deadlines for extension, which are hereby set as follows:

1.   Deadline for all discovery, including fact witnesses - **September 30, 2005**.

2.   Deadline for Plaintiffs to file their expert report – **September 30, 2005**. [1]

3.   Defendant shall have 45 days thereafter to take the deposition of Plaintiffs' expert, until – **November 15, 2005**.

4.   Defendant may designate an expert; the deadline for same shall be – **December 31, 2005**.

5.   Defendant's expert witness report shall be due within 30 days, or – **January 31, 2006**.

6.   Plaintiff shall have 30 days thereafter to depose Defendant's expert witness or until – **February 28, 2006**.

7.   The dispositive motion deadline shall be reset to – **April 15, 2006**.

8.   Plaintiffs shall have 30 days thereafter to respond, or until – **May 15, 2006**.

---

[1] Plaintiffs' attorney has represented to the Court that she has only one expert, namely Mr. Paul McCauley.  She will withdraw the psychological expert witness mentioned previously to counsel for Defendant and will not call an expert witness relative to psychological injuries.

The Court hereby sets trial as follows:  Trial shall begin on **July 24, 2006**.  The pretrial conference is set for **July 17, 2006** at 1:15 p.m. Jury instructions, joint pretrial order, and any motions limine shall be due on or before **July 10, 2006**.

**IT IS SO ORDERED**.

**J. DANIEL BREEN**
**United States District Judge**

DATE: 9/1/05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:02-CV-02691 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Sammie K Glasco
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT