IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHAKA C. WATSON and
LEKEISHA HUNT,

    Plaintiffs,

v.    No. 02-2691-B/V

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center)

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to the Order Consolidating Cases for Trial entered by the Court on October 7, 2002 consolidating the above matter with <u>Veronica M. Akines, et. al. v. Shelby County Government</u>, No. 2:02-cv-2483, the Court directs the Clerk's Office to close the above case. All future documents filed in connection with either of these actions shall be filed and docketed in case number 02-2483 B/V.

IT IS SO ORDERED this 13th day of October, 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:02-CV-02691 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Sammie K Glasco
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT